TRUSTEES OF VILLAGE OF BATH v. McBRIDE et al.

(Supreme Court, Appellate Division, Fourth Department. July 7, 1914.)

Appeal from Trial Term, Steuben County.
Action by the Trustees of the Village of Bath against Daniel J. McBride and another. Judgment for plaintiff, and defendants appeal. Reversed, and complaint dismissed, with costs.
Argued before KRUSE, P. J., and ROBSON, FOOTE, LAMBERT, and MERRELL, JJ.

PER CURIAM. Judgment reversed, and complaint dismissed, with costs, including costs of this appeal, upon the opinion of LAMBERT, J., in the case of Trustees of Village of Bath v. Daniel J. McBride et al., as executors, etc. (148 N. Y. Supp. 836), decided herewith, and certain findings of fact disapproved and other findings in lieu thereof made by this court. All concur.